UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-35437 |
| STEVEN D. ZARLING, ) | | |
| ) | Chapter: | 7 |
| ) | Honorable LaShonda Hunt | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION OF LINDA NELSON TO EXTEND TIME TO OBJECT TO DISCHARGE AND DETERMINE THE DISCHARGEABILITY OF DEBT**

THIS CAUSE COMING ON TO BE HEARD on Motion by Movant, LINDA NELSON to extend the deadline for filing a Complaint Objecting to Dischargeability of Debts Pursuant to 11 U.S.C. §§ 523 and 727, due notice having been delivered and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the last day to file a Complaint Objecting to Debtor's Discharge and/or Dischargeability under §§ 727 and 523 for Linda Nelson is extended to and including June 1, 2019.

Enter: *[signature]*

Honorable LaShonda A. Hunt

Dated:  April 10, 2019                United States Bankruptcy Judge

**Prepared by:**

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Movant
70 W. Madison Street, Suite 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939