UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                             )

STEVEN D. ZARLING,                                 )

                                                   )

                                                   )

                                                   )

                                                   )

           Debtor(s)                               )

BK No.:    18-35437

Chapter: 7

Honorable LaShonda Hunt

**ORDER GRANTING THIRD MOTION OF LINDA NELSON TO EXTEND TIME TO OBJECT TO DISCHARGE AND DETERMINE THE DISCHARGEABILITY OF DEBT**

THIS CAUSE COMING ON TO BE HEARD on Motion by Movant, LINDA NELSON to extend the deadline for filing a Complaint Objecting to Dischargeability of Debts Pursuant to 11 U.S.C. §§ 523 and 727, due notice having been delivered and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the last day to file a Complaint Objecting to Debtor's Discharge and/or Dischargeability under §§ 727 and 523 for Linda Nelson is extended to and including September 27, 2019.

Enter:    *LaShonda A. Hunt*

Honorable LaShonda A. Hunt

United States Bankruptcy Judge

Dated:  July 03, 2019

**Prepared by:**

GOLAN CHRISTIE TAGLIA LLP

Attorneys for Movant

70 W. Madison Street, Suite 1500

Chicago, IL 60602

P: 312-263-2300

F: 312-263-0939