# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** LaShonda A. Hunt

**Hearing Date:** 7/17/2019

**Bankruptcy Case:** 18 B 35437

**Adversary No.:**

**Title of Case:** Steven D. Zarling

**Brief Statement of Motion:** Creditor's Objection to Debtor's Claim of Exemptions

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Parties granted leave to file and serve response by or before AUGUST 7, 2019;

Reply to be filed and served by or before AUGUST 14, 2019.

*/s/ LaShonda A. Hunt*
U S Bankruptcy Judge LaShonda A. Hunt