**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 7 |
| | ) | Case No.  18 B 35437 |
| **STEVEN D. ZARLING,** | ) | Honorable LaShonda A. Hunt |
| | ) | Motion Date: September 26, 2019 |
| **Debtor.** | ) | Motion Time: 10:00 a.m. |

**NOTICE OF MOTION**

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on September 26, 2019, at the hour of 10:00 a.m., a **Linda Nelson's Combined Motion To Extend Time For Filing Objection To Discharge And/Or Dischargeability Pursuant To 11 U.S.C. §§ 727 And 523 And Motion To Compel** shall be heard before the Honorable LaShonda A. Hunt of the United States Bankruptcy Court for the Northern District of Illinois, Courtroom 719, 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

                                        GOLAN CHRISTIE TAGLIA LLP

**AFFIDAVIT OF SERVICE**

I, Robert R. Benjamin, an attorney, certify that I caused the foregoing Notice of Motion and Combined Motion To Extend Time For Filing Objection To Discharge And/Or Dischargeability Pursuant To 11 U.S.C. §§ 727 And 523 And Motion To Compel to be served upon the parties who receive notice via CM/ECF, by e-mail and first class mail postage prepaid sent from 70 W. Madison Street, Suite 1500, Chicago, IL 60602 on September 18, 2019.

                                        /s/*Robert R. Benjamin*
                                          Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Movant
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Richard J Mason
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
Via CM/ECF

Steven D. Zarling
c/o David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Via CM/ECF

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Via CM/ECF

Alexian Brothers Medical Center
800 Biesterfield Rd.
Elk Grove Village, IL 60007
Via Regular Mail

Bank of America
Bankruptcy Department
PO Box 982284
El Paso, TX 79998-2238
Via Regular Mail

Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801
Via Regular Mail

Capital One
1500 Capital One Way
Richmond, VA 23060
Via Regular Mail

Cap1/Best Buy
PO Box 6497
Sioux Falls, SD 57117
Via Regular Mail

Care Rehab & Orthopaedic Products
PO Box 580
Mc Lean, VA 22101
Via Regular Mail

Chase
PO Box 15298
Wilmington, DE 19850
Via Regular Mail

Citi
PO Box 6500
Sioux Falls, SD 57117-6500
Via Regular Mail

Citi
PO Box 6241
Sioux Falls, SD 57717
Via Regular Mail

Citibank NA
PO Box 769006
San Antonio, TX 78245
Via Regular Mail

Commerce Bank
PO Box 411036
Kansas City, MO 64141-1036
Via Regular Mail

Commerce Bank
PO Box 419248
Kansas City, MO 64141
Via Regular Mail

Commerce Bank
1045 Executive Parkway
St. Louis, MO 63141
Via Regular Mail

2

Creditors Discount & Audit (RETA)
415 E. Main St.
PO Box 213
Streator, IL 61364
Via Regular Mail

Discover Bank
PO Box 15316
Wilmington, DE 19850
Via Regular Mail

Dr. Grochowski
911 N. Plum Grove Rd. Unit B
Schaumburg, IL 60173
Via Regular Mail

Fingerhut
PO Box 1250
Saint Cloud, MN 56395-1250
Via Regular Mail

FINGERHUT/WEBBANK
6250 Ridgewood Rd.
Saint Cloud, MN 56303
Via Regular Mail

Glen Oaks Hospital
PO Box 4657
Hinsdale, IL 60522
Via Regular Mail

Illinois Bone & Joint
135 S LaSalle Dpt. 1052
Chicago, IL 60674-1052
Via Regular Mail

Illinois Spine Institute
1990 E. Algonquin Rd.
Schaumburg, IL 60173
Via Regular Mail

Midwest Sports Medicine
901 W. Biesterfield Rd., Ste. 300
Elk Grove Village, IL 60007
Via Regular Mail

O'Connor Nakos
120 North LaSalle Street, 35th Floor
Chicago, IL 60602
Via Regular Mail

OAD Orthopaedics Ltd
27650 Ferry Rd
Warrenville, IL 60555
Via Regular Mail

Partners in Primary Care
1545 Hicks Rd.
Rolling Meadows, IL 60008
Via Regular Mail

Radiological Consult. of Woodstook
9410 Compubill Drive
Orland Park, IL 60462
Via Regular Mail

Rehabilitation Institute of Chicago
1030 N. Clark St., #500
Chicago, IL 60610
Via Regular Mail

Rush University Medical Center
Rush Behavioral Systems
2001 Butterfield Rd., #220
Downers Grove, IL 60515
Via Regular Mail

Sears/CBNA
P.O. BOX 6282
Sioux Falls, SD 57117
Via Regular Mail

Sherman Hospital
PO Box 582663
Modesto, CA 95358
Via Regular Mail

Capital One Bank
10700 Capital One Way
Richmond, VA 23060
Via Regular Mail

3

Syncb/Amazon PLCC
PO Box 965015
Orlando, FL 32896-5015
Via Regular Mail

Syncb/Car Care Easypay
PO Box 965001
Orlando, FL 32896
Via Regular Mail

Syncb/Pay Pal
PO Box 965005
Orlando, FL 32896-5005
Via Regular Mail

Syncb/Walmart
PO Box 965024
Orlando, FL 32896-5021
Via Regular Mail

Discover Bank
PO Box 3025
New Albany, OH 43054
Via Regular Mail

Syncb/Care Credit
PO Box 965061
Orlando, FL 32896-5061
Via Regular Mail

Syncb/Sam's Club DC
PO Box 965060
Orlando, FL 32896-5060
Via Regular Mail

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Via Regular Mail

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | Case No. 18 B 35437 |
| STEVEN D. ZARLING, | ) | Honorable LaShonda A. Hunt |
| | ) | Motion Date: September 26, 2019 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

**COMBINED MOTION TO EXTEND TIME FOR**
**FILING OBJECTION TO DISCHARGE AND/OR DISCHARGEABILITY**
**PURSUANT TO 11 U.S.C. §§ 727 AND 523 AND MOTION TO COMPEL**

Creditor, Linda Nelson ("Ms. Nelson"), by and through their attorneys, Robert R. Benjamin, Beverly A. Berneman and Anthony J. D'Agostino of GOLAN CHRISTIE TAGLIA LLP, request that the Court enter their proposed order extending the last date for filing an objection to the discharge and/or dischargeability of Debtor, Steven D. Zarling, and compel compliance with the Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004 Subpoena served upon Debtor. In support thereof, Ms. Nelson states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1331. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief requested in this Motion is Federal Rules of Bankruptcy Procedure 4004(b) and 9016.

### RELIEF REQUESTED

3. On December 26, 2018, Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the Bankruptcy Code ("Petition") as an individual.

5

4.  After Debtor's initial Section 341 Meeting of Creditors (the "341 Meeting") on January 29, 2019, Debtor filed amended bankruptcy schedules on February 6, 2019 disclosing a February 2018 workers' compensation settlement in the amount of $39,810.82 (the "Settlement Funds"). The 341 Meeting has been continued from time to time to permit further study by the Trustee.

5.  The original last day to file an objection to the discharge and/or dischargeability was April 1, 2019. On April 10, 2019, this Court entered an order granting Ms. Nelson's first motion to extend the Objection Deadline (the "Objection Deadline") to June 1, 2019. [Dkt. No. 15.] On May 30, 2019, this Court entered an order granting Ms. Nelson's second motion to extend the Objection Deadline to July 1, 2019. [Dkt. No. 22.] On July 3, 2019, this Court entered an order granting Ms. Nelson's third motion to extend the Objection Deadline to September 27, 2019. [Dkt. No. 28.]

6.  Pursuant to Rule 4004(b), the Court may, on the motion of any party in interest, after notice and a hearing, for cause extend the time to file a complaint objecting to discharge, which motion shall be filed before the time has expired.

7.  On June 7, 2019, Nelson issued a Subpoena for Rule 2004 Examination to the Debtor requiring the production of documents on or before July 1, 2019 and setting an examination date of July 8, 2019 (the "Subpoena"). A copy of the Notice of Subpoena and Subpoena are attached hereto as **Exhibit A**. Debtor responded, in part, to the Subpoena on July 2, 2019.

8.  After completing a review of Debtor's responses to the document production portion of the Subpoena, Ms. Nelson observed several deficiencies, notably, that the Settlement Funds were not deposited in the only bank account disclosed for the Debtor and several of the

responses were based on counsel for Debtor's understanding of whether responsive documents exist. These responses are insufficient. A copy of Debtor's written response to the Subpoena is attached hereto as **Exhibit B**.

9. In an effort to meet and confer regarding the Debtor's responses, on September 4, 2019, Counsel for the Trustee and Ms. Nelson, Mr. Anthony D'Agostino ("Mr. D'Agostino"), contacted counsel for the Debtor, Mr. Michael Colter ("Mr. Colter") via email to request that Debtor supplement his document production and to schedule an examination for the week of September 16, 2019. Mr. D'Agostino sent a follow up inquiry on September 12, 2019.

10. On September 13, 2019, Mr. D'Agostino attempted to reach Mr. Colter via telephone to discuss Debtor's responses and the need to schedule an examination under Bankruptcy Rule 2004 and left a message. On September 17, 2019, Mr. D'Agostino left a second message for Mr. Colter to discuss Debtor's responses to the Subpoena.

11. Debtor has failed to offer a justifiable reason for his failure and refusal to fully respond to the Subpoena.

12. Ms. Nelson is reluctant to file any objection to discharge and/or dischargeability without having completed an examination of the Debtor pursuant to Bankruptcy Rule 2004, but has, thus far, not received Debtor's cooperation.

13. Therefore, cause exists to extend the objection deadline. Otherwise, Ms. Nelson may be forced to file a premature adversary complaint, which might needlessly increase the costs of litigation for all interested parties.

14. The requested extension is without prejudice to Ms. Nelson's right to seek a further extension or Debtor's right to object thereto.

15.     Notice of this Motion has been served on all parties of record entitled to notice in the case.

WHEREFORE, Creditor, Linda Nelson, prays that this Honorable Court enter an order (i) extending the last date for his to object to Debtor's discharge and/or dischargeability to and through November 15, 2019; (ii) compelling Debtor to comply with the Bankruptcy Rule 2004 Subpoena by supplementing his answers and/or certifying the completeness of his responses to Request Nos. 3 through 6 and 8 through 10 within fourteen (14) days; and (iii) for such other and further relief as may be appropriate.

Dated: September 18, 2019                                          LINDA NELSON,


                                                                   By: */s/ Robert R. Benjamin*
                                                                        One of Her attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC # 6189418)
Anthony J. D'Agostino (ARDC # 6299589)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Creditor, Linda Nelson
70 West Madison, Suite 1500
Chicago, Illinois 60602
P: 312-263-2300
rrbenjamin@gct.law
baberneman@gct.law
ajdagostino@gct.law