# EXHIBIT B

**From:** Michael Colter [mailto:mcolter@davidmsiegel.com]
**Sent:** Tuesday, July 02, 2019 3:35 PM
**To:** Anthony J. D'Agostino
**Subject:** Steven D. Zarling - 18-35437

Counsel:

I have attached the following documents to this email.

1) Doctor's Note for Mr. Zarling.

2) Fifth Third bank statements from July 2017 to June 2019. Note that there is a letter from Fifth Third regarding the cost to obtain the statements from January 2015 to June 2017. The cost is $150.00 which is 16% of Mr. Zarling's monthly income. Will your client being paying the cost to obtain these remaining statements.

3) Auto insurance policy from January 2019 to July 2019.

4) Credit report from Transunion and Experian obtained on June 26, 2019. I was unable to obtain the Equifax credit report.

5) Documents relating to the worker's compensation settlement.

Debtor has no documents to provide for the following requests:

1-Does not apply.

2-Provided to the extent financially possible.

3-It is my understanding he has only received SSI since 2015.

4-It is my understanding that Debtor has not filed income taxes for the last three years.

5-It is my understanding that the Debtor has not owned any vehicle between January 1, 2014, and now.

6-We provided an insurance policy for the car he borrows from time to time.

7-Provided two of the three reports requested.

8-It is my understanding that Debtor was never married.

9-See attached: ZarlingRider9

10-Unable to locate any documents at this time. I will let you know if that changes.

1

Sincerely,

Michael R. Colter, II
Attorney at Law

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847)520-8100 Phone
(847)520-6022 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-35437
STEVEN D. ZARLING,  )
  )
  )  Chapter: 7
  )
  )  Honorable LaShonda A. Hunt
  )
  )
Debtor(s)  )

**ORDER GRANTING COMBINED MOTION TO EXTEND TIME FOR FILING OBJECTION TO DISCHARGE AND/OR DISCHARGEABILITY PURSUANT 11 U.S.C. §§ 727 AND 523 AND MOTION TO COMPEL**

THIS CAUSE COMING ON TO BE HEARD on Motion by Creditor, LINDA NELSON, to extend the deadline for filing an Objection to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 727 and 523 and Motion to Compel, due notice of the Motion having been given to all parties, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

A. The last day to file an Objection to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 727 and 523 for Steven D. Zarling is extended to and including November 15, 2019; and

B. Debtor is to comply with the Bankruptcy Rule 2004 Subpoena.


Enter:


Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:

**Prepared by:**
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Creditor
70 W. Madison Street, Suite 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939

Rev: 20170105_bko