UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-35437 |
| STEVEN D. ZARLING, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING COMBINED MOTION TO EXTEND TIME FOR FILING OBJECTION TO DISCHARGE AND/OR DISCHARGEABILITY PURSUANT 11 U.S.C. §§ 727 AND 523 AND MOTION TO COMPEL**

THIS CAUSE COMING ON TO BE HEARD on Motion by Creditor, LINDA NELSON, to extend the deadline for filing an Objection to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 727 and 523 and Motion to Compel, due notice of the Motion having been given to all parties, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

A. The last day to file an Objection to Discharge and/or Dischargeability Pursuant to 11 U.S.C. §§ 727 and 523 for Steven D. Zarling is extended to and including November 15, 2019; and

B. Debtor shall certify the completeness of his responses to the June 7, 2019 subpoena at least 7 days prior to the agreed upon date for the Bankruptcy Rule 2004 exam.

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 26, 2019

**Prepared by:**

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Creditor
70 W. Madison Street, Suite 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939