# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18 B 35437 |
| STEVEN D. ZARLING, ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| LINDA NELSON, ) | |
| ) | Adv. No. 19 A 1009 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge David D. Cleary |
| STEVEN D. ZARLING, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion of even date, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered for Linda Nelson on Count I of the complaint, brought under 11 U.S.C. § 727(a)(2);

2. Judgment is entered for Steven Zarling on Count III[1] of the complaint, brought under 11 U.S.C. § 727(a)(3);

3. Judgment is entered for Steven Zarling on Count IV of the complaint, brought under 11 U.S.C. § 727(a)(4); and

---

[1] There is no Count II in the complaint.

4. Steven Zarling's discharge is **DENIED**.

ENTERED:

Date: June 4, 2021

_____
DAVID D. CLEARY
United States Bankruptcy Judge